UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LOCK REALTY CORPORATION IX, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CIVIL NO. 3:06-CV-487-RM |
| ) | |
| U.S. HEALTH, L.P, et al., ) | |
| ) | |
| Defendants ) | |

**O R D E R**

The Court has reviewed and hereby grants plaintiff's Emergency Motion for Order Adopting Magistrate Nuechterlein's Report and Recommendation of November 14, 2006 (Document No. 56). The Magistrate's Report and Recommendation will be adopted and become immediately effective upon the tender into Court by the plaintiff of a bond in the amount of $100,000.00.

SO ORDERED.

ENTERED:   November 17, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court