THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LOCK REALTY CORPORATION IX, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:05-CV-0715 RM |
| ) | (related cause no. 3:05-CV-487 RM) |
| U.S. HEALTH, LP, et al., ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

On December 6, 2006, the court held a hearing on Health Care Services Group's motion to collect or freeze accounts owed by Adminastar Federal. Timothy Maher appeared on behalf of Lock Realty Corporation; Jeffery Johnson and Marcellus Lebbin appeared on behalf of Americare Living Centers III; David Kress appeared on behalf of Health Care Services Group; Edward Sullivan III and Carl Greci appeared on behalf of The Health and Hospital Corporation of Marion County; and Clifford Johnson appeared on behalf of Adminastar Federal.

For the reasons stated in open court, the funds which have been withheld by Adminastar Federal are hereby ORDERED frozen until priority in the accounts can be determined, and the court DIRECTS Adminastar Federal not to release funds under the following provider numbers: 15-5699;  15-5323; 15-5526; 15-5527; 15-5199; 15-5695; 15-5225;  15-5689; 15-5160; 15-5162;15-5507;15-5066.

SO ORDERED.

Entered:  December 8, 2006

/s/ Robert L. Miller, Jr.
Robert L. Miller, Jr., Chief Judge
United States District Court

cc: counsel of record