UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LOCK REALTY CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:06-CV-487 RLM |
| | ) |
| U.S. HEALTH L.P., *et. al..*, | ) |
| | ) |
| Defendants. | ) |

## ORDER AND OPINION

On October 2, 2008, Defendants, U.S. Health L.P., Larry M. New, John W. Bartle, Rebecca J. Bartle, and Americare Living Centers III, LLC ("U.S. Health"), filed a motion to compel. In its motion, U.S. Health seeks to compel discovery responses, which U.S. Health claims have been in dispute since July 24, 2007. On April 11, 2008, the discovery deadline passed. See Doc No. 193. As such, U.S. Health's motion to compel is not timely filed.[1] Accordingly, U.S. Health's motion to compel is **DENIED**. [Doc. No. 246].

**SO ORDERED.**

Dated this 7th Day of October, 2008.

s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge

---

[1] This Court notes that, on September 22, 2008, this Court granted Plaintiff's motion to compel, after the close of discovery. In retrospect, this Court acknowledges that it should not have entertained Plaintiff's motion, for the same reason that it now denies U.S. Health's motion. However, the September 22, 2008 order is undisturbed by this order.