UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LOCK REALTY CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 3:06-CV-487 RLM |
| ) | |
| U.S. HEALTH L.P., *et. al.*., ) | |
| ) | |
| Defendants. ) | |

## ORDER AND OPINION

On July 30, 2008, Plaintiff, Lock Realty Corporation ("Lock Realty"), filed a motion to compel. In its motion, Lock Realty sought to compel discovery responses, which Lock Realty claimed were in dispute since April 9, 2008. On April 11, 2008, the discovery deadline passed. See Doc No. 193. On September 22, 2008, this Court granted Lock Realty's motion to compel and awarded costs. On October 7, 2008, Lock Realty submitted a bill of costs in relation to its motion to compel.

Because Lock Realty's motion was filed after the close of discovery, this Court should have declined to entertain Lock Realty's motion. While this Court believes that the September 22, 2008 order should remain undisturbed, this Court declines to consider Lock Realty's bill of costs. Accordingly, Lock Realty's bill of costs is **DENIED**. [Doc. No. 248].

**SO ORDERED.**

Dated this 8th Day of October, 2008.

 s/Christopher A. Nuechterlein
 Christopher A. Nuechterlein
 United States Magistrate Judge